Opinion filed March 15,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00001-CR

                                                    __________

 

                                       JOSEPH
JONES, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 104th District Court

                                                            Taylor
County, Texas

                                                    Trial
Court Cause No. 18041B

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Joseph
Jones has filed in this court a motion to dismiss his appeal.  Pursuant to Tex. R. App. P. 42.2, the motion is signed
by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

 

                                                                                                PER
CURIAM                                   

March 15, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.